**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ALAN ALDANA NEGRIN,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-02561-DB** |
| | § | |
| **MARY DE ANDA-YBARRA,** | § | |
| *Acting/Director of El Paso Field Office,* | § | |
| *U.S. Immigration and Customs* | § | |
| *Enforcement, et al.*, | § | |
| **Respondents.** | § | |
| | § | |

**FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On November 4, 2026, Respondents filed a "Federal Respondents' Advisory to the Court," ECF No. 7, advising that Respondents attempted to confer with Petitioner's counsel regarding outstanding issues by telephone and email, but Respondents "ha[ve] not received a reply and ha[ve] been unable to confer." ECF No. 7 at 1. Respondents further advise that, from their perspective, because Petitioner has been released from custody, there are no remaining issues to be resolved in this case. *Id*. Because it appears no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

SIGNED this 5th day of November, 2026.

For THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE